JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**EASTERN DIVISION**

LUIS PABLO GONZALEZ AVENANO,

Petitioner,

v.

WARDEN DESERT VIEW FACILITY, ADELANTO ICE PROCESSING CENTER, et al,

Respondents.

Case No. 5:26-cv-05831-DFM

JUDGMENT

Pursuant to the Order Granting in Part Unopposed Petition for Writ of Habeas Corpus issued on October 13, 2026,

IT IS ADJUDGED that the Petition is granted in part. Respondents shall release Petitioner Luis Pablo Gonzalez Avendano (A# 246-088-897) on the conditions of release in effect immediately before his September 2, 2026 re-detention. The Court retains jurisdiction to adjudicate any collateral enforcement issues.

Date: October 19, 2026

DOUGLAS F. McCORMICK
United States Magistrate Judge